# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
MULLIGAN, FEBBO, and WOLFE
Appellate Military Judges

**UNITED STATES, Appellee**
**v.**
**Private E2 CAMERON J. CONRAD**
**United States Army, Appellant**

ARMY 20150721

Headquarters, 25th Infantry Division
Mark Bridges, Military Judge
Colonel William D. Smoot, Staff Judge Advocate

For Appellant:  Captain Heather L. Tregle, JA; Captain Katherine L. DePaul, JA (on brief).

For Appellee:  Colonel Mark H. Sydenham, JA; Major Melissa Dasgupta Smith, JA; Captain Jennifer A. Donahue, JA (on brief).

2 November 2016

----------------------------------
SUMMARY DISPOSITION
----------------------------------

Per Curiam:

In front of a military judge sitting as general court-martial, appellant pleaded guilty to two specifications of possessing child pornography.  The military judge sentenced appellant to a bad-conduct discharge, confinement for fourteen months, and a reduction to the grade of E-1.  The convening authority approved the sentence.

Appellant's possession of child pornography was charged as being both prejudicial to good order and discipline and service discrediting.  Appellant's sole assignment of error[*] is that at trial appellant's plea was accepted only on the basis of his conduct being service discrediting.  At trial, appellant specifically disavowed that his conduct was prejudicial to good order and discipline.

---

[*] The matters raised personally by appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), do not merit relief.

CONRAD—ARMY 20150721

Accordingly, we will grant appellant his requested relief and except those parts of the Specifications that allege that appellant's conduct was prejudicial to good order and discipline.

We AFFIRM Specifications 1 and 2 of The Charge and The Charge as follows:

Specification 1: Did, at or near Schofield Barracks, Hawaii, between on or about 2 January 2015 and on or about 29 January 2015, knowingly and wrongfully possess child pornography, to wit: 30 pictures of minors, or what appear to be minors, engaging in sexually explicit conduct, such conduct being of a nature to bring discredit upon the armed forces.

Specification 2: Did, at or near Schofield Barracks, Hawaii, between on or about 2 January 2015 and on or about 29 January 2015, knowingly and wrongfully possess child pornography, to wit: 15 videos of minors, or what appear to be minors, engaging in sexually explicit conduct, such conduct being of a nature to bring discredit upon the armed forces.

The adjudged and approved sentence is AFFIRMED.

FOR THE COURT:

MALCOLM H. SQUIRES, JR.
Clerk of Court

2